| Fill in this information to identify the case: |
|---|
| Debtor name: ESCO, Ltd. |
| United States Bankruptcy Court for the: District of Maryland (State) |
| Case number (If known): |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | **NEW BALANCE ATHLETIC SHOE** 100 GUEST ST BOSTON, MA 02135 | JOE PRESTON P: 800-343-1395 CUSTOMERSUPPORT@ NEWBALANCE.COM | TRADE | | | | $1,596,386.12 |
| 2 | **TIMBERLAND** **VF OUTDOOR, LLC** 200 DOMAIN DRIVE STRATHAM, NH 03885 | JON WATERHOUSE P: 888-802-9947 | TRADE | | | | $1,407,234.28 |
| 3 | **FUNDING CIRCLE USA** 707 17TH STREET SUITE 2200 DENVER, CO 80202 | LISA JACOBS P: 866-679-7966 | PPP LOAN | | | | $1,384,840.42 |
| 4 | **PUMA NORTH AMERICA, INC.** 455 GRAND UNION BLVD SOMERVILLE, MA 02145-1455 | BOB PHILION P: 800-662-7862 CUSTOMERSERVICE.US@ PUMA.COM | TRADE | | | | $1,351,740.38 |
| 5 | **NIKE USA, INC.** ONE BOWERMAN DRIVE ACCOUNT# 80604 BEAVERTON, OR 97005 | JOHN DONAHOE P: 800-521-6453 | TRADE | | | | $664,023.18 |
| 6 | **UNDER ARMOUR, INC.** **CUSTOMER ID 11560145** 1020 HULL STREET BALTIMORE, MD 21230-2080 | SHARI MANNING P: 888-427-6687 | TRADE | | | | $622,897.19 |
| 7 | **NEW ERA CAP, LLC** 160 DELAWARE AVE BUFFALO, NY 14202-2404 | JAMES GRUNDTISCH P: 800-989-0445 | TRADE | | | | $470,656.88 |
| 8 | **ADIDAS AMERICA, INC.** 5055 N GREELEY AVENUE PORTLAND, OR 97217 | SCOTT LUSTIG P: 800-423-4327 | TRADE | | | | $360,630.70 |

Debtor Name _____    Case Number _____

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims    page 1

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | THE CIT GROUP/COMMERICAL SERVICES<br>11 W 42ND ST<br>NEW YORK, NY 10036-8002 | COMMERCIAL SERVICES GROUP<br>P: 855-462-2652 | FACTORED PAYABLES | | | | $289,518.29 |
| 10 | MONDAWMIN LLC<br>ATTN: LAW/LEASE DEPT.<br>MONDAWMIN BUSINESS TRUST.<br>CHICAGO, IL 60654-1607 | ALLAN HANG BROOKFIELD PROP<br>P: 312-960-5833 | LANDLORD | C<br>U<br>D | | | $265,337.34 |
| 11 | DONALD E. HEASLEY<br>625 QUARRY VIEW COURT<br>UNIT #106<br>REISTERSTOWN, MD 21136 | DONALD E. HEASLEY<br>P: 410-627-4512 | DEFERRED COMPENSATION | C<br>U<br>D | | | $218,796.82 |
| 12 | KAREN S. MISHLER<br>2519 EAST AVE<br>BALTIMORE, MD 21219 | KAREN S. MISHLER<br>P: 410-371-9473 | DEFERRED COMPENSATION | C<br>U<br>D | | | $202,443.76 |
| 13 | FILA USA, INC.<br>930 RIDGEBROOK RD<br>STE 200<br>SPARKS, MD 21152-9482 | KYLE RANKIN/WENDY<br>P: 410-773-3000 | TRADE | | | | $199,897.27 |
| 14 | PR PRINCE GEORGE'S PLAZA LLC<br>C/O PREIT SERVICE, LLC.<br>2005 MARKET STREET, SUITE 1000 | PREIT SERVICES LLC<br>P: 215-875-0700 | LANDLORD | C<br>U<br>D | | | $195,908.97 |
| 15 | HARVIC INTERNATIONAL LIMITED<br>10 WEST 33RD STREET<br>#508<br>NEW YORK, NY 10001 | ATTN: LEGAL COUNSEL<br>P: 212-967-6666 | TRADE | | | | $168,981.00 |
| 16 | IVERSON PAK DEVELOPMENT LLC<br>3737 BRANCH AVE, STE 203<br>HILLCREST HEIGHTS, MD 20748 | P: 301-423-7400 | LANDLORD | C<br>U<br>D | | | $155,905.72 |
| 17 | CEDAR-EAST RIVER PARK LLC<br>928 CARMANS ROAD<br>MASSAPEQUA, NY 11758 | C/O CEDAR REALTY TRUST PARTNERSHIP, LP.<br>P: 516-767-6492 | LANDLORD | C<br>U<br>D | | | $141,357.91 |
| 18 | BRIAN BROTHERS, INC.<br>601 16TH ST<br>CARLSTADT, NJ 07072-1932 | ATTN: LEGAL COUNSEL | TRADE | | | | $141,180.00 |
| 19 | ASICS AMERICA CORPORATION<br>7755 IRVINE CENTER DRIVE<br>SUITE 400<br>IRVINE, CA 92618 | RICHARD SULLIVAN<br>P: 949-453-8888<br>F: 949-453-0292 | TRADE | | | | $137,351.72 |
| 20 | REEBOK INTERNATIONAL LTD.<br>25 DRYDOCK AVE<br>STE 110E<br>BOSTON, MA 02210-2344 | BARRY LYNN<br>P: 302-656-2931<br>TALEXANDER@CORDISH.COM | TRADE | | | | $134,457.36 |

**Fill in this information to identify the case:**

Debtor name: **ESCO, Ltd.**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 31, 2023**     X **/s/ Stanley W. Mastil**
                                       Signature of individual signing on behalf of debtor

                                       **Stanley W. Mastil**
                                       Printed name

                                       **Chief Restructuring Officer**
                                       Position or relationship to debtor