# United States Bankruptcy Court
## District of Maryland

In re **ESCO, Ltd.**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Beth Greenberg**<br>**1800 Woodlawn Drive**<br>**Gwynn Oak, MD 21207-4007** | Class A | 348 Shares (1.33%) | Voting Stock |
| **Greenberg Family 2012 Irrevocable Trust No. 1**<br>**1800 Woodlawn Drive**<br>**Gwynn Oak, MD 21207-4007** | Class B | 9,135.35 Shares (35.0%) | Non-Voting Stock |
| **Greenberg Family 2012 Irrevocable Trust No. 3**<br>**1800 Woodlawn Drive**<br>**Gwynn Oak, MD 21207-4007** | Class B | 2,805.08 Shares (10.75%) | Non-Voting Stock |
| **Greenberg Family 2012 Irrevocable Trust No. 4**<br>**1800 Woodlawn Drive**<br>**Gwynn Oak, MD 21207-4007** | Class B | 12,670.01 Shares (48.54%) | Non-Voting Stock |
| **Greenberg Family 2012 Irrevocable Trust No. 5**<br>**1800 Woodlawn Drive**<br>**Gwynn Oak, MD 21207-4007** | Class B | 979.56 Shares (3.75%) | Non-Voting Stock |
| **Theodore Greenberg**<br>**1800 Woodlawn Drive**<br>**Gwynn Oak, MD 21207-4007** | Class A | 163 Shares (.62%) | Voting Stock |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **March 31, 2023**

Signature **/s/ Stanley W. Mastil**
**Stanley W. Mastil**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders