# United States Bankruptcy Court
### District of Maryland

In re  **ESCO, Ltd.**                                          Case No.
                          Debtor(s)                            Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **ESCO, Ltd.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Greenberg Family 2012 Irrevocable Trust No. 1**
**1800 Woodlawn Drive**
**Gwynn Oak, MD 21207-4007**

**Greenberg Family 2012 Irrevocable Trust No. 3**
**1800 Woodlawn Drive**
**Gwynn Oak, MD 21207-4007**

**Greenberg Family 2012 Irrevocable Trust No. 4**
**1800 Woodlawn Drive**
**Gwynn Oak, MD 21207-4007**

☐ None [*Check if applicable*]

**March 31, 2023**                              **/s/ Daniel Jack Blum**
Date                                            **Daniel Jack Blum 07241**
                                                Signature of Attorney or Litigant
                                                Counsel for   **ESCO, Ltd.**
                                                **Polsinelli PC**
                                                **1401 Eye "I" Street, N.W.**
                                                **Suite 800**
                                                **Washington, DC 20005**
                                                **202-772-8483**
                                                **jack.blum@polsinelli.com**