**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re:<br><br>ESCO, Ltd.,[1]<br><br>　　　　Debtor. | Chapter 11<br><br>Case No. 23-12237 (DER) |

### NOTICE OF APPLICATION OF COMPLEX CHAPTER 11 CASE PROCEDURES

The Complex Chapter 11 Case Procedures established by Administrative Order 21-03 shall apply to the above-captioned case for the following reasons:

I.　　Mandatory application of Complex Chapter 11 Case Procedures (Check all that apply):

　　☒　The debtor, including affiliates, if any, has liabilities of at least $10 million (US).
　　☒　More than fifty (50) creditors, including affiliates, are listed in the debtor's schedules.
　　☐　A portion of the debt or equity securities of the debtor or any one of the affiliated debtors is publicly traded.

[*Signature block on next page*]

---

[1] The Debtor in this Chapter 11 case and the last four digits of its federal tax identification are ESCO, Ltd., DBA Shoe City (5654). The Debtor's principal address is 1800 Woodlawn Drive, Gwynn Oak, Maryland 21207-4007.

88668634.1

2

| | |
|---|---|
| Dated:  April 3, 2023 | **POLSINELLI PC**<br><br>*/s D. Jack Blum*<br>D. Jack Blum (Bar No. 07241)<br>1401 Eye "I" Street, N.W.<br>Suite 800<br>Washington, DC 20005<br>Telephone: 202-772-8483<br>Facsimile: 202-315-2564<br>jack.blum@polsinelli.com<br><br>-and-<br><br>Christopher A. Ward (*pro hac vice* pending)<br>Shanti M. Katona (*pro hac vice* pending)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: 302-252-0920<br>Facsimile: 302-252-0921<br>cward@polsinelli.com<br>skatona@polsinelli.com<br>*Proposed Counsel to the Debtor*<br>*and Debtor in Possession* |

88668634.1